**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00502-CV

_____

**ROSIE BELL WARD, AS NEXT FRIEND OF MARY E. WARD, Appellant**

**V.**

**THOMAS & LEWIN ASSOCIATES, INC., D/B/A QUALITY CARE COMMUNITY SERVICES; ROSA WELLS, INDIVIDUALLY; AND NICOSHIA HODGE, INDIVIDUALLY, Appellees**

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Case No. 14-DCV-217696

## MEMORANDUM OPINION

Appellant, Rosie Bell Ward, as Next Friend of Mary E. Ward, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) & 38.8(a) (governing time to file brief and failure of appellant to file brief). After being notified that this appeal was subject

to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.